1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | ELIAZAR SANCHEZ, on behalf of himself and all others similarly situated,

Plaintiff,

v.

FRITO-LAY, INC.; and DOES 1 to 100, inclusive,

Defendants.

Case No. 1:14-CV-00797-AWI-MJS

**Class Action**

**ORDER RE STIPULATION REGARDING EXTENSION OF TIME TO FILE SUPPLEMENTAL MOTION FOR PRELIMINARY APPROVAL**

Before the Hon. Judge Seng

Trial Date: June 21, 2016
Complaint Filed: April 11, 2014

**FINDING THAT GOOD CAUSE EXISTS, IT IS HEREBY ORDERED THAT,** the date by which to file the Supplemental Motion for Order Granting Preliminary Approval of Class Action Settlement, currently calendared for February 23, 2015, is extended.  Plaintiff shall file his Supplemental Motion for Order Granting Preliminary Approval of Class Action Settlement, on or before March 9, 2015, by close of business.  The Hearing on Plaintiff's Supplemental Motion For Order Granting Preliminary Approval of Class Action Settlement shall be continued from March 13, 2015, at 11:00 a.m. to May 1, 2015 at 11:00 a.m.

IT IS SO ORDERED.

Dated:   February 17, 2015           /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE