1  BRIAN D. CHASE, ESQ. (SBN 164109)
   bchase@bisnarchase.com
2  JERUSALEM F. BELIGAN, ESQ. (SBN 211258)
   jbeligan@bisnarchase.com
3  BISNAR|CHASE, LLP
   1301 Dove Street, Suite 120
4  Newport Beach, California 92660
   Telephone: (949) 752-2999
5  Facsimile: (949) 752-2777

6  Attorneys for Plaintiff and
   the Putative Classes
7

8  SHEPPARD MULLIN RICHTER & HAMPTON LLP
       A Limited Liability Partnership
9      Including Professional Corporations
   SAMANTHA D. HARDY, Cal. Bar No. 199125
10 ASHLEY T. HIRANO, Cal. Bar No. 265282
   DANIEL F. DE LA CRUZ, Cal. Bar No. 292537
11 501 West Broadway, 19th Floor
   San Diego, California  92101-3598
12 Telephone: 619-338-6500
   Facsimile: 619-234-3815
13 shardy@sheppardmullin.com
   ahirano@sheppardmullin.com
14 ddelacruz@sheppardmullin.com
   Attorneys for Defendant FRITO-LAY, INC.
15

16                UNITED STATES DISTRICT COURT

17              FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  ELIAZAR SANCHEZ, on behalf of himself and all others similarly situated, | Case No. 1:14-CV-00797-DAD-MJS |
| 19                       Plaintiff, | **Class Action** |
| 20        v. | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND ALL RELATED PRE-TRIAL DATES** |
| 21  FRITO-LAY, INC.; and DOES 1 to 100, inclusive, | Before the Hon. Judge Dale A. Drozd |
| 22                       Defendants. | Trial Date: June 21, 2016<br>Complaint Filed:  April 11, 2014 |

Plaintiff Eliazar Sanchez and Defendant Frito-Lay, Inc. (collectively the "Parties"), hereby stipulate and agree as follows:

**WHEREAS,** the Court on September 3, 2014, filed its Scheduling Order setting the following dates:

Discovery Deadlines:

    Non-Expert:   May 29, 2015

    Expert: October 30, 2015

Expert Disclosure Deadlines:

    Filing: August 21, 2015

Motion Deadlines:

    Filing: November 9, 2015

Dispositive:

    Filing:            January 21, 2016

    Hearing:         March 7, 2016 at 1:30 p.m.

Pretrial Conference:

    April 27, 2016 at 8:30 a.m.

Jury Trial:

    June 21, 2016 at 8:30 a.m.

**WHEREAS**, on January 30, 2015, the Parties came before Magistrate Judge Michael J. Seng on Plaintiff's Motion for Order Granting Preliminary Approval of Class Action Settlement;

**WHEREAS**, on March 6, 2015, pursuant to Judge Seng's request at the hearing, Plaintiff submitted additional briefing to the Court.

**WHEREAS**, on August 5, 2015, Judge Seng issued an order finding and recommending that Plaintiff's Motion be denied without prejudice;

**WHEREAS**, on August 26, 2015, District Judge Anthony W. Ishii issued an order adopting Judge Seng's findings and recommendations in full and denying Plaintiff's Motion without prejudice;

**WHEREAS**, on December 4, 2015, this case was reassigned to District Judge Dale A. Drozd for all further proceedings;

**WHEREAS**, on January 14, 2016, Plaintiff re-submitted his Motion for Order Granting Preliminary Approval of Class Action Settlement;

**WHEREAS**, on February 16, 2016, the Parties came before Judge Drozd for hearing on Plaintiff's resubmitted Motion;

**WHEREAS**, Judge Drozd ordered that Plaintiff file a revised settlement agreement and supplemental briefing, and continued the hearing to April 5, 2016 at 9:30 a.m.;

**WHEREAS**, the Parties have been diligently working to resolve the case without the need to engage in further litigation;

**WHEREAS**, the Parties believe they will be able to provide the Court with sufficient information to address its questions remaining on the settlement of this matter, and therefore the upcoming hearing and trial dates on this matter may become moot;

**WHEREAS,** the Parties request a short extension of the trial date and all remaining dates and deadlines for a period of approximately six (6) months.  This is the Parties' first request for a continuation of these dates.

1  **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY**
2  **AND BETWEEN THE PARTIES THAT, SUBJECT TO THE COURT'S APPROVAL,** the
3  Court may continue the trial date and all remaining dates and deadlines for a period of six months.
4  A proposed order is filed concurrently herewith.

6  Dated:  February 25, 2016

7  　　　　　　　　　　　　　　　　BISNAR|CHASE, LLP

9  　　　　　　　　　　　　By　　*/s/ Jerusalem F. Beligan*
　　　　　　　　　　　　　　　　　　BRIAN D. CHASE
10 　　　　　　　　　　　　　　　　JERUSALEM F. BELIGAN

11 　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　ELIAZAR SANCHEZ

13 Dated:  February 25, 2016

14 　　　　　　　　　　　　　　　　SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

16 　　　　　　　　　　　　By　　*/s/ Ashley T. Hirano*
　　　　　　　　　　　　　　　　　　SAMANTHA D. HARDY
17 　　　　　　　　　　　　　　　　ASHLEY T. HIRANO
　　　　　　　　　　　　　　　　　　DANIEL F. DE LA CRUZ

18 　　　　　　　　　　　　　　　　Attorneys for Defendant
19 　　　　　　　　　　　　　　　　FRITO-LAY, INC.

**ORDER**

Finding that good cause exists, the trial date and pretrial conference dates and deadlines are continued for a period of six months.

The new Pretrial Conference date shall be November 7, 2016 at 3:30 p.m.

The new Jury Trial date shall be January 4, 2017 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **February 29, 2016**                    /s/ Dale A. Drozd
                                                  UNITED STATES DISTRICT JUDGE