UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAZAR SANCHEZ, on behalf of himself and all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> FRITO-LAY, INC.; and DOES 1 to 100, inclusive,, <br><br> Defendants. | No. 1:14-cv-00797-DAD-MJS <br><br> ORDER GRANTING STIPULATION REGARDING EXTENSION OF TIME TO FILE SUPPLEMENTAL MOTION FOR PRELIMINARY APPROVAL <br><br> (Doc. No. 25) |

Before the court is the parties' stipulation regarding extension of time to file a supplemental motion for preliminary approval of a class action settlement. (Doc. No. 25.) The court finds that good cause exists and grants the parties' stipulation. Accordingly,

1. Plaintiff shall file his supplemental motion for order granting preliminary approval of class action settlement, on or before April 19, 2016.
2. The hearing on plaintiff's supplemental motion shall be continued to May 3, 2016, at 9:30 a.m. in Courtroom 5.

IT IS SO ORDERED.

Dated:  **March 16, 2016**

UNITED STATES DISTRICT JUDGE

1