1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAZAR SANCHEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRITO-LAY, INC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 1:14-CV-00797-AWI-MJS<br><br>**Class Action**<br><br>**ORDER RE STIPULATION TO CONTINUE UPCOMING SCHEDULING CONFERENCE**<br><br>Before the Hon. Judge Michael J. Seng<br><br>Complaint Filed:  April 11, 2014 |

**FINDING THAT GOOD CAUSE EXISTS, IT IS HEREBY ORDERED THAT** the Scheduling Conference, currently set for telephonic appearance on July 7, 2016, at 4:00 p.m. is rescheduled.

The new Scheduling Conference date shall be August 12, 2016 at 10:30 a.m. The Parties shall file a Joint Scheduling Conference Report in full compliance with the requirements set forth in the previously-served Order Setting Mandatory Scheduling Conference at least one (1) full week prior to the Scheduling Conference, and shall email this Report, in Word format, to mjsorders@caed.uscourts.gov.

The Parties shall appear in-person, as opposed to telephonically, in this Court's Fresno, California courtroom/chambers.

IT IS SO ORDERED.

Dated:   June 7, 2016              /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE