UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAZAR SANCHEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRITO-LAY, INC,<br><br>Defendant. | Case No. 1:14-cv-00797-DAD-MJS<br><br>**ORDER RE STIPULATION TO CONTINUE SCHEDULED HEARING ON MOTION FOR PRELIMINARY APPROVAL**<br><br>**Hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement:** July 17, 2018 at 9:30 a.m., in Courtroom 5 (DAD) |

Good cause appearing, the hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement, currently set for January 12, 2018, is continued until July 17, 2018, at 9:30 a.m., in Courtroom 5, Fresno. Plaintiff shall file his Motion for Preliminary Approval no later than twenty-eight (28) days prior to that hearing.

This continuance is granted: 1) to give Plaintiff an opportunity to thoroughly reexamine, reevaluate and, if and as necessary, renegotiate the proposed terms of settlement of the claims of the class;  and, 2)  to give Plaintiff one **final** opportunity to submit a Motion for Preliminary Approval of Class Action Settlement that complies with applicable law and rules and is supported by law, facts, evidence and logic, all of which must be clearly, competently and persuasively presented to the Court in the Motion for

Preliminary Approval.  Another failure to present a proper such motion likely will result in denial of class certification and leave Plaintiff with no option but to pursue the action solely on his own behalf or dismiss it entirely.

IT IS SO ORDERED.

Dated:   October 17, 2017            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE