UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAZAR SANCHEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRITO-LAY, INC.,<br><br>Defendant. | No. 1:14-cv-00797-DAD-BAM<br><br>ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE AND CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>(Doc. No. 61) |

On June 7, 2018, the parties filed a joint stipulation to extend time for plaintiff to file a motion for preliminary approval of the class action settlement and continue the scheduled hearing thereto. (Doc. No. 61.) Good cause appearing and the parties having so stipulated, it is hereby ordered that plaintiff shall have until September 17, 2018 to file the motion for preliminary approval, and that the hearing on preliminary approval shall be continued to October 16, 2018.

IT IS SO ORDERED.

Dated: **June 13, 2018**

_____
UNITED STATES DISTRICT JUDGE

1