# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAZAR SANCHEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRITO-LAY, INC.,<br><br>Defendant. | No. 1:14-cv-00797-DAD-BAM<br><br>ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE AND CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>(Doc. No. 63) |

On August 31, 2018, the parties filed a stipulation to extend time for plaintiff's filing of a motion for preliminary approval of the class action settlement and to continue the scheduled hearing on that motion. (Doc. No. 63.) Good cause appearing and the parties having so stipulated, it is hereby ordered that plaintiff shall have until October 17, 2018 to file the motion for preliminary approval, and that the hearing on preliminary approval is continued to November 20, 2018.

IT IS SO ORDERED.

Dated: **August 31, 2018**

UNITED STATES DISTRICT JUDGE

1