UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAZAR SANCHEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRITO-LAY, INC.,<br><br>Defendant. | No. 1: 14-cv-00797-DAD-BAM<br><br>ORDER EXTENDING DEADLINES AND CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT PURSUANT TO STIPULATION<br><br>(Doc. No. 65) |

On October 15, 2018, the parties filed a stipulation to extend time for plaintiff's filing of a motion for preliminary approval of the class action. (Doc. No. 65.) Good cause appearing and the parties having so stipulated, it is hereby ordered that plaintiff shall have until November 9, 2018 to file the motion for preliminary approval, and that the hearing on preliminary approval is continued to December 4, 2018. However, the court notes that it was almost sixteen months ago that plaintiff's renewed motion for preliminary approval of class action settlement and conditional class certification was denied. (Doc. Nos. 43 and 51.) Accordingly, no further extensions of time will be granted for this purpose absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated: **October 16, 2018**

UNITED STATES DISTRICT JUDGE

1